IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-30399
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIEL SORIANO; GILMAR RIASCOS,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CR-288-L
- - - - - - - - - -
June 3, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Javiel Soriano has moved to withdraw and has filed an accompanying brief as required by Anders v. California, 386 U.S. 738 (1967). Soriano has filed a pro se response brief. Our independent review of counsel's brief, Soriano's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel is excused from further responsibilities in Soriano's appeal, and Soriano's

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.